

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2020

No. 04-19-00812-CV

Ken **KINSEY** and Arty Straehla,
Appellants

v.

**AL GLOBAL SERVICES, LLC,**
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI22581
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

 The Appellant's First Unopposed Motion to Extend Time to File Reply Brief is hereby GRANTED. Time is extended to May 7, 2020.

 It is so **ORDERED** on this 21st day of April, 2020.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court